JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE & ACCIDENT<br>　INSURANCE CO.; and<br>DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-03732-JWH-JEM<br><br>**JUDGMENT** |

Pursuant to the "Findings of Fact and Conclusions of Law Pursuant to Rule 52(a) of the Federal Rules of Civil Procedure" entered substantially contemporaneously herewith, and in accordance with Rules 52(a) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 1132(e).

2. Defendants Does 1 through 10, inclusive, are **DISMISSED**.

3. In his operative Complaint [ECF No. 1], Plaintiff Bernardo Sanchez ("Plaintiff") asserts one claim for relief against Defendant Hartford Life & Accident Insurance Co. ("Defendant"): "To Recover Benefits, Attorneys' Fees, Pre-Judgment and Post-Judgment Interest under ERISA Plan—29 U.S.C. Sections 1132(a)(1)(B), (g)(1)."

4. To the extent that Plaintiff seeks an award of short-term disability benefits, Plaintiff's claim is **DISMISSED with prejudice**.

5. To the extent that Plaintiff seeks an award of long-term disability benefits, Plaintiff's claim is **DISMISSED without prejudice** for lack of jurisdiction.

6. Accordingly, Defendant shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff. Plaintiff shall take nothing by way of his Complaint.

7. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 2, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE